**FILED**

04/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0692

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 19-0692

| | |
|---|---|
| MONTANA STATE UNIVERSITY – NORTHERN, | ) ) ) |
| Appellant/Cross-Appellee, | ) ) |
| v. | **ORDER** ) ) |
| RANDY BACHMEIER, | ) ) |
| Appellee/Cross-Appellant. | ) ) ) ) ) ) ) |

Appellee/Cross-Appellant Randy Bachmeier has filed an unopposed motion under Montana Rule of Appellate Procedure 26(1) for an extension of the deadline to file his combined answer and cross-appeal brief up to and including May 13, 2020.

IT IS ORDERED that Bachmeier's motion is GRANTED. Appellee/Cross-Appellant shall file his combined answer and cross-appeal brief on or before May 13, 2020.